IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROSCOE L. PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

On oral motion of defendant for a continuance, with the agreement of the government, and the assurance that an affidavit in conformity with NECrimR 12.1(A)(1)-(3) will be filed, the court grant's the defendant's motion and schedules this matter for a change of plea on **August 14, 2006, at 1:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The court finds that the ends of justice will be served by granting the continuance based on the representation that the parties intend to enter into a plea agreement.  Failure to grant the motion would deny the defendant reasonable time necessary to effectively negotiate or finalize a plea agreement or to prepare for entry of a guilty plea.  The time between **July 18, 2006,** and **August 14, 2006,** is deemed excludable time in any computation of time under the Speedy Trial Act.  See 18 U.S.C. § 3162(h)(8)(A) & (B);  *Zedner v. United States*, —- S. Ct. —, 2006 WL 1519360 (U.S., June 5, 2006).

DATED this 18th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge