IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR2 |
| v. | ) | |
| ROSCOE L. PERRY, | ) | ORDER |
| Defendant. | ) | |

Before the court is the defendant's motion to reduce his sentence pursuant to the crack cocaine Amendment 706. Filing No. 57. It appears from the record that the defendant may be entitled to a reduction in his sentence pursuant to the crack cocaine Amendment 706. Accordingly,

IT IS ORDERED that both the government and defense counsel shall file briefs in this matter within 30 days of the date of this order.

DATED this 1st day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge